

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 53RD DISTRICT COURT OF TRAVIS COUNTY, GREETINGS:

On August 14, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Troy Thoele, Mike Barro, Ryan Partlow, Adam Ouda, and Troy Richard v. Rene Hinojosa, in His Official Capacity as the Director of the Parole Division of The Texas Department of Criminal Justice; Marsha Moberley in Her Official Capacity as Chairman of The Texas Board of Pardons and Paroles; and The Texas Board of Pardons and Paroles

Court of Appeals No. 15-24-00008-CV
Trial Court No. D-1-GN-22-006192

The Court of Appeals entered the following judgment or order:

This Court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is **AFFIRMED**.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this October 24, 2025.

**CHRISTOPHER A. PRINE, CLERK**